IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ISAAC J CULVER, III, | * |
| Petitioner, | * |
| v. | Case No.  5:17-CR-26-001-MTT-CHW |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 9, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 10th day of July, 2024.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk